found that the abandonment of merchandise to the value of $412 would not be an abandonment of 10 percent of goods on an invoice having a total value of $7,795. It was therefore held that the collector properly rejected the plaintiff's offer of abandonment of the two cases involved. The protest was overruled.

**No. 48642.**—Protest 742581–G of Antolini & Co. (New York).

Opinion by KEEFE, J. It was stipulated that certain of the cheese in question is similar to that the subject of *Scaramelli* v. *United States* (9 Cust. Ct. 270, C. D. 706) and Abstracts 42146 and 48269. In accordance therewith the court held that an allowance of 2½ percent should have been made in the net weight for the foreign substances on the outside. Following *Kraft Phenix Cheese Corporation* v. *United States* (T. D. 47955) it was held that an allowance for the weight of the paper or foil, or both, should have been made by the collector in computing the duty thereon. The protest was therefore sustained in accordance with stipulation of counsel.

**No. 48643.**—Protests 871390–G, etc., of Moscahlades Bros., Inc., et al. (New York).

Opinion by KEEFE, J. Following *Scaramelli* v. *United States* (9 Cust. Ct. 270, C. D. 706), *Locatelli* v. *United States* (T. D. 48284), and Abstracts 41794, 39667, and 40880 a 2½ percent allowance was made in the weight of cheese stipulated to be similar to that involved therein, and an allowance of 1 percent was made in the case of certain other cheese similar to that the subject of *Locatelli* v. *United States* (T. D. 49389) and Abstract 41794, *supra*. Protests sustained to that extent.

**No. 48644.**—Protests 882676–G, etc., of P. Astarbi & Co. et al. (New York).

Opinion by KEEFE, J. Following *Scaramelli* v. *United States* (9 Cust. Ct. 270, C. D. 706) and Abstracts 42146 and 48269 a 2½ percent allowance was made in the weight of cheese stipulated to be similar to that involved therein, and an allowance of 1 percent was made in the case of Reggiano cheese similar to that the subject of *Scaramelli* v. *United States, supra*. Protests sustained to that extent.

**No. 48645.**—Protests 930653–G, etc., of William Faehndrich, Inc., et al (New York).

Opinion by KEEFE, J. Following *Scaramelli* v. *United States* (9 Cust. Ct. 270, C. D. 706) and Abstracts 42146 and 48269 a 2½ percent allowance was made in the weight of cheese stipulated to be similar to that involved therein, and an allowance of 1 percent was made in the case of Reggiano cheese similar to that the subject of *Scaramelli* v. *United States, supra*. Protests sustained to that extent.